**UNITED STATES DISTRICT COURT FOR NORTHERN**

**DISTRICT OF OHIO**

FILED

APR 1 5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

YAHWEH BEN YAHWEH BEN YAHWEH,

Plaintiff,

vs.

BUILDING NEIGHBORHOODS OF
YOUNGSTOWN,

Defendant

Case No.

**4 : 24CV00671**

**DISCRIMINATION**

**JURY TRIAL DEMANDED**

**JUDGE PEARSON**

COMPLAINT  **MAG JUDGE KNAPP**

I.

I respectfully request the indulgence of this agency as I am not schooled in law Haines v. Kerner 404 US 519.

Plaintiff is a African American, a citizen of the United States and a resident of the State of Ohio, with the address at 6150 Enterprise Parkway in Solon, State of Ohio. The defendant is a non-profit incorporated by by virtue of the laws of the State of Ohio, with its main office at 360 E. Federal St. Unit 2, in Youngstown, State of Ohio, authorized to do business within the State of Ohio.

II.

At all times defendant is and was engaged in the general contracting business, such as the construction of roofs and the like.

III

DISCRIMINATIONJURY TRIAL DEMANDED - 1

Jurisdiction of this court is invoked under 28 U.S.C.A. section 1343, and the proceeding authorized by the act of April 20 871, Chapter 22, Section 1, 17 Stat 13 (42 U.S.C.A. section 1983), to be commenced by any citizen of the United States or other persons within the jurisdiction thereof to redress the deprivation, under color of a state law, stature, ordinance, regulation, custom, or usage, of rights, privileges and immunities secured by the Constitution of the United States, Executive Order Number 10557 of Title 41, United States, and Executive Order Number 10557 of Title 41, United States Code, which is incorporated herein by reference and made a part hereof.

IV.

Jurisdiction of this court is further invoked under 28 U.S.C.A. section 1331, as arising under the Constitution and laws of the United States.

V.

Jurisdiction of this court is further invoked under 28 U.S.C.A. section 1331, in that there exists a diversity of citizenship of the parties and the matter in controversy exceeds, exclusive of interest and cost, the sum of $75,000.

VI.

Plaintiff is, and has been for a number of years past, a qualified journeyman carpenter and has been and is now a member of Local No. 526.

VII.

On January 15, 2024, an agreement was entered into by and between plaintiff and said defendant of which is attached marked Exhibit A, and made a part of this complaint.

DISCRIMINATIONJURY TRIAL DEMANDED - 2

VIII.

On February 16, 2024, bids were sent out to the defendant and received. As one of the conditions for letting for receiving American Rescue Plan grants that it had to meet the United States President's Executive Order, in a clause of Federal Jurisdiction "entitling" No discrimination in hiring within the community.

IX.

On February 22, 2024, plaintiff, being then and there a qualified contractor was induced by the defendant to perform services in the construction of replacing and repairing roofs. Plaintiff performed services in a work like manner and according to the standards required to schedule and staff projected bids.

X.

The act, or acts, of defendant in terminating the services of plaintiff was, or were, committed under color of provisions contained in the general agreement between the plaintiff and defendant.

XI.

Defendant was without any justification or grounds in termination. The Plaintiff was given a negative and false evaluation by the defendant to justify their acts of past business grievances

XIII.

The Defendant had a duty to properly provide equal employment opportunities for businesses in the community and eradicate the effects of its past and present unlawful deprivation or rights.

XIV.

DISCRIMINATIONJURY TRIAL DEMANDED - 3

Compensate and make Plaintiff whole that the discriminatory practices of the defendant Building Neighborhoods of Youngstown and award front pay to plaintiff and the benefits they would have had but for the defendant Building Neighborhoods of Youngstown's discriminatory conduct;

XV.

Enter a declaratory judgment that the practices described complaint are unlawful and in violation of Prohibited Discrimination 31 USC 6711.

XVI.

Award plaintiff represents damages for the humiliation, anguish, embarrassment, and emotional distress proximately caused by defendant Building Neighborhoods of Youngstown's conduct in an amount according to proof;

XVII.

Award punitive damages according to proof;

XVIII.

Award prejudgment interest on all damages.

XIX.

Award plaintiff reasonable attorney's fees and costs of suit; and

XX.

Grant any other and further relief that the court considers proper.

DISCRIMINATIONJURY TRIAL DEMANDED - 4

15 day of April, 2024

_____
Sui Juris

DISCRIMINATIONJURY TRIAL DEMANDED - 5